UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| vs. | Case No. **05-MJ-4033-PMF** |
| | Violation No. **W688450/IS31** |
| **LEE WALKER,** | |
| | Donald R. Brandon |
| Defendant. | Defendant's Attorney (retained) |

FILED
AUG 25 2005
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF I...
BENTON OF...

**THE DEFENDANT ENTERED A PLEA OF:**

☐ guilty    ☐ nolo contendere    ☒ not guilty as to Violation No. W688450 .

THERE WAS A:

☒ finding    ☐ verdict of guilty as to Violation No. W688450 after bench trial .
☐ Judgment of acquittal as to count(s) ___. The defendant is acquitted and discharged as to ☐ this/these count(s).
☐ Count(s) _____ (is) (are) dismissed on the motion of the United States.

THE DEFENDANT IS CONVICTED OF THE OFFENSE OF: Abandonment of Property, in violation of 50 CFR 27.93.

IT IS THE JUDGMENT OF THIS COURT THAT: the defendant shall pay a fine and special assessment as noted below. The fine and special assessment shall be paid in full by not later than **September 19, 2005**.

| | ASSESSMENT | FINE |
|---|---|---|
| **TOTALS:** | **$10.00** | **$500.00** |

Defendant's Sec. Sec. No.: ____-0146

Defendant's Date of Birth: _____

Defendant's USM No.: _____

Defendant's Residence Address:
Herrin, IL 62948

Defendant's Mailing Address:
same as above

August 19, 2005
Date of Imposition of Judgment

_____
Signature of Judicial Officer

Philip M. Frazier, United States Magistrate Judge
Name and Title of Judicial Officer

AUGUST 25, 2005
Date