IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Appellee, | ) | |
| | ) | |
| v. | ) | No. 05-cr-40050-JPG |
| | ) | Appeal of No. 05-MJ-4033-PMF |
| LEE WALKER | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the judgment of conviction issued by Magistrate Judge Philip M. Frazier in Case No. 05-MJ-4033-PMF is **AFFIRMED**.

**NORBERT JAWORSKI**

**Date: June 22, 2006**                                          **By:s/Deborah Agans, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**